IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30179
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVE CORTEZ HALL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CR-70-B-M2
- - - - - - - - - -
May 14, 1997
Before Wisdom, King, and Smith, Circuit Judges.

PER CURIAM:[*]

Steve Cortez Hall appeals his conviction on two counts of distribution of cocaine base, conspiracy to possess with intent to distribute cocaine base and cocaine hydrochloride, and distribution of cocaine. His sole contention is that his guilty plea is invalid because the district court did not properly advise him under Fed. R. Crim. P. 11(c)(1).

---

[*] The court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Because the district court emphasized several times that the defendant was subject to the ten-year mandatory minimum sentence; the district court's misstatement, on one occasion, that the defendant was subject to a two-year minimum sentence was harmless error. Further, because Hall was subject to the ten-year minimum sentence on counts 1 and 3, the district court's overstatement of the mandatory minimum sentence on Counts 2 and 4 was harmless error.[1]

AFFIRMED.

---

[1] See United States v. Johnson, 1 F.3d 296, 302 (5th Cir. 1993) (en banc).